# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

---------------------------------------------------------------------------------------------

**FRITZ JOSEPH ORZELEK**

    vs.                              **CASE NUMBER: 3:11-CV-669**
                                                           **(NAM/DEP)**

**ERIC HIMPTON HOLDER, JR.**

---------------------------------------------------------------------------------------------

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint filed by Fritz Joseph Orzelek on June 15, 2011 is DISMISSED.  This action is hereby closed.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the13th day of September, 2011.


DATED: September 14, 2011

Clerk of Court


s/ Melissa Ennis
Melissa Ennis
Deputy Clerk